1  PIERCE O'DONNELL (SBN 081298)
   PODonnell@ggfirm.com
2  NOAH PERCH-AHERN (SBN 262164)
   NPerchAhern@ggfirm.com
3  BRIAN E. MOSKAL (SBN 240704)
   BMoskal@ggfirm.com
4  SHERRY E. JACKMAN (SBN 274030)
   SJackman@ggfirm.com
5  GREENBERG GLUSKER FIELDS CLAMAN &
   MACHTINGER LLP
6  2049 Century Park East, Suite 2600
   Los Angeles, California  90067
7  Telephone:    310-553-3610
   Facsimile:    310-553-0687
8
   Attorneys for Plaintiff
9  UNION PACIFIC RAILROAD COMPANY

10

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                          SAN JOSE DIVISION

14

15  UNION PACIFIC RAILROAD COMPANY, a        Case No. 5:21-cv-03216-BLF
    Delaware corporation,
16                                           **JOINT STIPULATION FOR STAY OF**
                    Plaintiff,               **CASE AND [PROPOSED] ORDER**
17
         v.
18
    ROBERT E. HILL, in his capacity as an    Judge:      Hon. Beth Labson Freeman
19  individual and a person previously doing Trial Date: April 22, 2024
    business as ZZZ Sanitation Co.; ROBERT W. Date Action Filed: April 20, 2021
20  HILL, in his capacity as an individual and a
    person previously doing business as ZZZ
21  Sanitation Co.; PRIVETTE INC., a dissolved
    California corporation and a company
22  previously doing business as ZZZ Sanitation
    Co.; MOBILE MINI, INC., a Delaware
23  corporation sued in its capacity as the
    successor-in-interest to TOTE-A-SHED, INC.,
24  a California corporation previously doing
    business as ZZZ Sanitation Co.; and DOES 1
25  through 30, inclusive;,

26                  Defendants.

27

28

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

1
2
3
4
5
6

Pursuant to Rule 7-12 of the Civil Local Rules of the United States District Court for the Northern District of California, Plaintiff Union Pacific Railroad Company ("Union Pacific"), by its undersigned counsel, and Defendants Robert E. Hill, Robert W. Hill, Privette Inc., and Mobile Mini, Inc., by their undersigned counsel (collectively, the "Parties") hereby jointly submit this Stipulation for Stay of the Case, including all deadlines set forth in the Court's operative Case Management Order (Dkt. 121).

7
8
9
10
11

WHEREAS, Union Pacific filed the complaint in this action on April 30, 2021, and the Parties have since engaged in years of significant litigation activities, including, but not limited to, extensive written discovery among the Parties, issuance of multiple third-party document and deposition subpoenas, fact depositions, extensive motion practice, expert disclosures by a combined 13 experts, and the commencement of expert discovery;

12
13
14

WHEREAS, the Parties engaged in an in-person mediation session in November 2023 with the Hon. Carl West and, since that time, have worked within the mediation process to negotiate a settlement agreement;

15
16
17
18
19

WHEREAS, the Parties have now reached a settlement in principle, but the memorialization of the final agreement will take some time as it involves not only finalizing the settlement agreement itself, but also several transactional documents and other ancillary agreements that will require both third-party involvement and management review and final management approval;

20
21
22
23

WHEREAS, after final approval and execution of the settlement agreement, transactional documents, and ancillary agreements, certain conditions must be satisfied for the settlement agreement to take full effect and trigger the obligation of the Parties thereunder to file mutual dismissals with prejudice;

24
25
26
27

WHEREAS, the Parties are, within days, embarking on several weeks of intensive expert depositions and related discovery, including production and review of expert files, for a combined 13 experts, which will consume substantial party resources, the avoidance of which is important to the Parties in attempting finalize the settlement;

28

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

1    WHEREAS, the Parties agree that, given their settlement agreement in principle, it is

2    prudent to conserve party and judicial resources, and it is in the best interests of the Parties and

3    judicial economy to stay all proceedings and deadlines in this case for three months, at which

4    point the Parties expect that the settlement agreement, related transactional documents, and

5    ancillary agreements will be final, and all claims and counterclaims in the case can be dismissed

6    with prejudice;

7    WHEREAS, while the Parties recognize that this Court has significant trial backlog and

8    limited hearing availability, the Parties understand that this stay would require the Court to vacate

9    the existing trial date, and to set a new trial date, which the Parties would ask the Court to set at

10   its earliest availability following the expiration of the stay in the unlikely event that the Parties'

11   settlement in principle does not culminate in a fully executed settlement agreement;

12   WHEREAS, it is well-established that "the power to stay proceedings is incidental to the

13   power inherent in every court to control the disposition of the causes on its docket with

14   economy of time and effort for itself, for counsel, and for litigants." *Landis v. North Am. Co*.,

15   299 U.S. 248, 254 (1936); *CMAX, Inc. v. Hall,* 300 F.2d 265, 268 (9th Cir. 1962); *Leyva v.*

16   *Certified Grocers of California*, 593 F.2d 857, 863-64 (9th Cir. 1979).

17   NOW, THEREFORE, IT IS STIPULATED BY AND BETWEEN THE PARTIES AS

18   FOLLOWS:

19   1.    Upon entry of the proposed order filed herewith, including the date of trial and all

20   other deadlines set forth in the Court's operative Case Management Order (Dkt. 121), this case

21   shall be stayed until May 8, 2024, which will allow sufficient time for the Parties to finalize their

22   settlement agreement and related transactional documents and ancillary agreements.

23   2.    If a settlement agreement is fully executed before May 8, 2024, the Parties shall

24   inform the Court and file dismissals with prejudice of their claims and counterclaims.

25   3.    Should the case not settle within the stay period ordered by the Court, the Parties

26   shall submit a status report to the Court, including a stipulation requesting an extension of the stay

27   if necessary, no later than May 1, 2024.

28

1    4.    Any party may, at any time, seek from the Court modification of or relief from the

2    stay.

3    IT IS SO STIPULATED

4                                      Respectfully submitted,

5    DATED:  February 8, 2024          GREENBERG GLUSKER FIELDS CLAMAN
                                       & MACHTINGER LLP
6

7

8                                      By:  /s/ Noah Perch-Ahern
                                            PIERCE O'DONNELL (SBN 081298)
9                                           NOAH PERCH-AHERN (SBN 262164)
                                            BRIAN E. MOSKAL (SBN 240704)
10                                          SHERRY E. JACKMAN (SBN 274030)
                                            Attorneys for Plaintiff
11                                          UNION PACIFIC RAILROAD
                                            COMPANY

12   DATED:  February 8, 2024          SILICON VALLEY LAW GROUP

13

14                                     By:  /s/ Kathryn E. Barrett
                                            KATHRYN E. BARRETT (SBN 162100)
15                                          EDWARD A. KRAUS (SBN 162043)

16                                          Attorneys for Defendants ROBERT E.
                                            HILL, ROBERT W. HILL AND
17                                          PRIVETTE INC.

18

19   DATED:  February 8, 2024          ALLEN MATKINS LECK GAMBLE
                                       MALLORY & NATSIS LLP
20

21                                     By:  /s/ Kamran Javandel
22                                          KAMRAN JAVANDEL (SBN 272900)
                                            MATTHEW E. LEE (SBN 306799)
23
                                            Attorneys for Defendant MOBILE MINI,
24                                          INC.

25

26

27

28

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

**[PROPOSED] ORDER**

Pursuant to the Stipulation of the parties, **IT IS SO ORDERED.**

Dated: February _____, 2024

_____
Honorable Beth Labson Freeman
United States District Court Judge

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

## ATTESTATION OF CONCURRENCE FROM ALL SIGNATORIES

I, Sherry E. Jackman, am the ECF user whose ID and password are being used to file this document.  In compliance with N.D. Cal. Civ. L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories which shall serve in lieu of their signatures on the document.

DATED:  February 8, 2024

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP


By:  */s/* Sherry E. Jackman
PIERCE O'DONNELL (SBN 081298)
NOAH PERCH-AHERN (SBN 262164)
BRIAN E. MOSKAL (SBN 240704)
SHERRY E. JACKMAN (SBN 274030)

Attorneys for Plaintiff UNION PACIFIC RAILROAD COMPANY

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067